**Order entered September 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01436-CR

## LEE JAROME LEWIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-52807-X**

## ORDER

The Court **GRANTS** the State's September 4, 2015 motion to extend time to file its brief.

We **ORDER** the State's brief received on September 4, 2015 filed as of the date of this order.


/s/      LANA MYERS
JUSTICE